IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-375-RJC-DCK

| IESHIA ALLEN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| TYSON FARMS, INC., and DEXTER ANDREA NICHOLSON, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay" (Document No. 15) filed August 8, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay" (Document No. 15) is **GRANTED**. This matter is **STAYED** through **November 6, 2023**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement, or Defendant shall file a response to the Amended Complaint (Document No. 13), on or before **November 17, 2023**.

**SO ORDERED**.

Signed: August 8, 2023

David C. Keesler
United States Magistrate Judge